**Everett WATSON, Plaintiff–Appellant,**

v.

**CITY OF NEW YORK, State Comptrollers Office, United Airlines, Inc., American Airlines, Inc., Defendants–Appellees.**

No. 03–9223.

United States Court of Appeals, Second Circuit.

Feb. 16, 2005.

Everett Watson, Seattle, WA, for Appellant, pro se.

PRESENT: JACOBS, ALABRESI, Circuit Judges, and RAKOFF,* District Judge.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED

* The Honorable Jed S. Rakoff, United States District Judge for the Southern District of

AND DECREED that the judgment of the district court be AFFIRMED.